# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br><br> PROXIM CORPORATION, et al., <br><br> Debtors | Chapter 11 <br><br> Case No. 05-11639 (KG) <br><br> (Jointly Administered) |
| STEVEN D. SASS, AS TRUSTEE OF THE PROXIM CREDITORS TRUST, <br><br> Plaintiff, <br><br> v. <br><br> RIGHTNOW TECHNOLOGIES INC, <br><br> Defendant. | Adv. Proc. No. 07-51589 (CSS) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Bankruptcy Procedure 7041, Steven D. Sass, as Trustee of the Proxim Creditors Trust, hereby dismisses with prejudice the above-captioned adversary proceeding.

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801
Telephone (302) 467-4200
Attorneys for Steven D. Sass, as
Trustee of the Proxim Creditors Trust

Dated: October 11, 2007