# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| EPC CORPORATION, | Case No. 05-11639 (KG) |
| Debtor. | (Jointly Administered) |
| STEVEN D. SASS, AS TRUSTEE OF THE PROXIM CREDITORS TRUST, | |
| Plaintiff | |
| v. | Adv. Pro. Nos. |
| 3COM CORP | 07-51486 |
| ABD INSURANCE SERVICES | 07-51487 |
| ABENGOA MEXICO WT | 07-51488 |
| ACCOUNTANTS PLUS | 07-51489 |
| ACP 2300 CORPORATE PARK DRIVE LLC | 07-51490 |
| AF SERVICES INC | 07-51491 |
| ANDREINI & COMPANY | 07-51492 |
| ARGYLE CONSULTING GROUP LLC | 07-51493 |
| ARM INC | 07-51543 |
| ARRA | 07-51544 |
| ARROW ELECTRONICS INC. | 07-51494 |
| ATEK INC. | 07-51495 |
| ATLAS VANLINES INC | 07-51585 |
| AVAN CONTADURIA - WT | 07-51496 |
| AVNET ELECTRONICS | 07-51497 |
| AZIMUTH SYSTEMS, INC | 07-51498 |
| BAKER & MCKENZIE | 07-51499 |
| BAKST (ASIA-PACIFIC) - WT | 07-51500 |
| BAY AREA COMPLIANCE LAB | 07-51501 |
| BERRY APPLEMAN & LEIDEN LLP | 07-51502 |
| BIGWAY BUSINESS - KEUNGIL CO LTD | 07-51503 |
| BOWNE | 07-51504 |
| CALIBER CERTIFIED PUBLIC ACCOUNTANTS | 07-51505 |
| CALICO COMMUNICATIONS | 07-51506 |
| CHAMELEON GROUP LLC | 07-51508 |
| CHRISTOPHER JONES | 07-51590 |
| COMPLIANCE INTERNATIONAL | 07-51509 |
| COMPONENT DISTRIBUTORS | 07-51510 |

| | |
|---|---|
| COMPONENT TRENDS | 07-51511 |
| CONECCION TOTAL SA DE CV | 07-51512 |
| CONNECT DIRECT | 07-51513 |
| DAVID WALKER AND ASSOC. | 07-51514 |
| DAVISON, PETER | 07-51577 |
| DELTA DENTAL | 07-51515 |
| DUKE REALTY LP | 07-51516 |
| DUN & BRADSTREET | 07-51572 |
| EAST PEAK ADVISORS | 07-51517 |
| EDELMAN CORP | 07-51518 |
| EDO/TSO GLOBAL TECHNOLOGY REACH | 07-51519 |
| EGL GLOBAL BROKERAGE | 07-51520 |
| EMBEDDED RESOURCE GROUP | 07-51521 |
| EXCELICS SEMICONDUCTOR | 07-51522 |
| EXEL LOGISTICS | 07-51523 |
| FARADAY TECHNOLOGY CORPORATION | 07-51524 |
| FEDEX | 07-51525 |
| FIRST INSURANCE FUNDING CORP | 07-51526 |
| FUSIONSTORM | 07-51527 |
| GENERAL COUNSELOR INC. | 07-51528 |
| GLOBAL STAFF | 07-51529 |
| GLOBAL WORLD SERVICES | 07-51530 |
| GOLDBERG, GODLES, WIENER & WRIGHT | 07-51531 |
| HOFFMAN AGENCY, THE | 07-51532 |
| HUNTON & WILLIAMS LLP | 07-51533 |
| HYPERLINK TECHNOLOGIES INC | 07-51534 |
| IDC | 07-51535 |
| IDE INCORPORATED | 07-51536 |
| IMLOGIC | 07-51537 |
| INFOSTREET | 07-51538 |
| IPTN de MEXICO | 07-51539 |
| ISIS SURFACE MOUNTING | 07-51540 |
| KAISER | 07-51450 |
| KATHY STERSHIC | 07-51574 |
| KILROY REALTY CORP | 07-51451 |
| LIGHT READING INC. | 07-51452 |
| LINEAR EXPRESS | 07-51453 |
| LOGISTIC SOLUTION | 07-51454 |
| LORCH MICROWAVE | 07-51455 |
| LSH COMMUNICATIONS | 07-51456 |
| M K TECHNICAL SERVICES INC | 07-51457 |
| MAGNETEK INC | 07-51458 |

| | |
|---|---|
| MARIO GERARDO GOMEZ GOMEZ | 07-51459 |
| MAXIM INTEGRATED PRODUCTS | 07-51460 |
| MCCLURE DESIGNS | 07-51461 |
| MCFADZEAN & ASSOCIATES INC | 07-51462 |
| MENTOR GRAPHICS | 07-51463 |
| MERRILL COMMUNICATIONS LLC | 07-51587 |
| MET LABORATORY | 07-51464 |
| MONTANA METAL PRODUCTS LLC | 07-51465 |
| MONTGOMERY PROFESSIONAL SERVICES CORP | 07-51466 |
| MONTGOMERY RESEARCH INC | 07-51467 |
| MORI HAMADA & MATSUMOTO | 07-51468 |
| NET CONNECTION CORP. | 07-51469 |
| NETSOURCE INC | 07-51470 |
| NNN AMBEROAKS LLC | 07-51471 |
| OCE BUSINESS SERVICES INC | 07-51472 |
| OMNI PROS LTD | 07-51473 |
| ONEMIND CONNECT | 07-51474 |
| ORION GRAPHIC COMMUNICATION | 07-51475 |
| PC CONNECTION INC | 07-51476 |
| PCTEL ANTENNA PRODUCTS GROUP | 07-51477 |
| PG&E | 07-51478 |
| PLAZA BUSINESS CENTER | 07-51479 |
| POWERDSINE LTD | 07-51480 |
| PR NEWSWIRE | 07-51481 |
| PRECISION MEASUREMENTS INC | 07-51482 |
| PROGRESSIVE SOLUTIONS | 07-51483 |
| PROLOGIC COMMUNICATIONS INC | 07-51484 |
| PYRAMID TECHNOLOGIES INC | 07-51485 |
| QUALITY FIRST SERVICES | 07-51541 |
| RIGHTNOW TECHNOLOGIES INC | 07-51589 |
| RWA OFFICE | 07-51542 |
| S & A ASSOCIATES | 07-51545 |
| SAAMA TECHNOLOGIES | 07-51546 |
| SALES DRIVER | 07-51547 |
| SANDERS & DOUGLAS LLC | 07-51548 |
| SAVOY CORP | 07-51549 |
| SCALE IT DESIGN GROUP | 07-51550 |
| SHAREHOLDER.COM | 07-51551 |
| SIEBEL SYSTEMS INC. | 07-51552 |
| SIERRA ATLANTIC INC | 07-51588 |
| SINE SYSTEMS CORPORATION | 07-51553 |
| SPIRENT COMMUNICATIONS | 07-51554 |

| | |
|---|---|
| SUSAN TROUT | 07-51578 |
| TALLEY COMMUNICATIONS | 07-51555 |
| TAXWARE LP | 07-51556 |
| TAYLOR CHU INC | 07-51557 |
| TELEX COMMUNICATIONS INC | 07-51558 |
| THELEN REID & PRIEST LLP | 07-51559 |
| TRANSCOM, INC | 07-51560 |
| TRS-RENTELCO | 07-51562 |
| TRUGLOBAL INC | 07-51563 |
| VCUSTOMER CORP | 07-51564 |
| VISION SERVICE PLAIN VSP | 07-51565 |
| WINSTRONICES INTERNATIONAL INC | 07-51566 |
| XINYU SOFTWARE | 07-51567 |
| YANKEE GROUP RESEARCH INC | 07-51568 |
| ZENSAR TECHNOLOGIES INC | 07-51569 |

## STATUS REPORT REGARDING ADVERSARY PROCEEDINGS COMMENCED BY STEVEN D. SASS, AS TRUSTEE OF THE PROXIM CREDITORS TRUST

Steven D. Sass, as Trustee of the Proxim Creditors Trust (the "Trustee" or the "Plaintiff"), by and through his undersigned counsel, hereby submits this status report of the above-captioned adversary proceedings, which consists of the following attached exhibits:

Exhibit A - List of proceedings that are active.

Exhibit B - List of proceedings which have been settled and/or dismissed.

Exhibit C - List of proceedings which will be dismissed once terms of settlement have been satisfied.

Exhibit D - List of proceedings where Default Judgment has been entered.

Dated: June 12, 2008

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

EXHIBIT A

| | ACTIVE | |
|---|---|---|
| | Defendant | Adv. Pro. No. |
| 1 | BAKER & MCKENZIE | 07-51499 |

# EXHIBIT B

| | SETTLED & DISMISSED Defendant | Adv. Pro. No. |
|---|---|---|
| 1 | 3COM CORP | 07-51486 |
| 2 | ABD INSURANCE SERVICES | 07-51487 |
| 3 | ANDREINI & COMPANY | 07-51492 |
| 4 | ARRA | 07-51544 |
| 5 | ATEK INC. | 07-51495 |
| 6 | ATLAS VANLINES INC | 07-51585 |
| 7 | AVNET ELECTRONICS | 07-51497 |
| 8 | AZIMUTH SYSTEMS, INC | 07-51498 |
| 9 | BERRY APPLEMAN & LEIDEN LLP | 07-51502 |
| 10 | BOWNE | 07-51504 |
| 11 | CALICO COMMUNICATIONS | 07-51506 |
| 12 | CHAMELEON GROUP LLC | 07-51508 |
| 13 | CHRISTOPHER JONES | 07-51590 |
| 14 | COMPONENT TRENDS | 07-51511 |
| 15 | CONNECT DIRECT | 07-51513 |
| 16 | DELTA DENTAL | 07-51515 |
| 17 | DUN & BRADSTREET | 07-51572 |
| 18 | EAST PEAK ADVISORS | 07-51517 |
| 19 | EGL GLOBAL BROKERAGE | 07-51520 |
| 20 | EMBEDDED RESOURCE GROUP | 07-51521 |
| 21 | EXCELICS SEMICONDUCTOR | 07-51522 |
| 22 | EXEL LOGISTICS | 07-51523 |
| 23 | FEDEX | 07-51525 |
| 24 | FIRST INSURANCE FUNDING CORP | 07-51526 |
| 25 | FUSIONSTORM | 07-51527 |
| 26 | GENERAL COUNSELOR INC. | 07-51528 |
| 27 | GLOBAL STAFF | 07-51529 |
| 28 | GOLDBERG, GODLES, WIENER & WRIGHT | 07-51531 |
| 29 | HUNTON & WILLIAMS LLP | 07-51533 |
| 30 | HYPERLINK TECHNOLOGIES INC | 07-51534 |
| 31 | IDC | 07-51535 |
| 32 | IDE INCORPORATED | 07-51536 |
| 33 | INFOSTREET | 07-51538 |
| 34 | ISIS SURFACE MOUNTING | 07-51540 |
| 35 | KATHY STERSHIC | 07-51574 |
| 36 | KILROY REALITY CORP | 07-51451 |
| 37 | LIGHT READING INC. | 07-51452 |
| 38 | LOGISTIC SOLUTION | 07-51454 |
| 39 | LORCH MICROWAVE | 07-51455 |
| 40 | LSH COMMUNICATIONS | 07-51456 |
| 41 | M K TECHNICAL SERVICES INC | 07-51457 |
| 42 | MAXIM INTEGRATED PRODUCTS | 07-51460 |
| 43 | MENTOR GRAPHICS | 07-51463 |
| 44 | MERRILL COMMUNICATIONS LLC | 07-51587 |
| 45 | MONTANA METAL PRODUCTS LLC | 07-51465 |
| 46 | MONTGOMERY PROFESSIONAL SERVICES CORP | 07-51466 |

| | | |
|---|---|---|
| 47 | MONTGOMERY RESEARCH INC | 07-51467 |
| 48 | NNN AMBEROAKS LLC | 07-51471 |
| 49 | OCE BUSINESS SERVICES INC | 07-51472 |
| 50 | OMNI PROS LTD | 07-51473 |
| 51 | PC CONNECTION INC | 07-51476 |
| 52 | PCTEL ANTENNA PRODUCTS GROUP | 07-51477 |
| 53 | PR NEWSWIRE | 07-51481 |
| 54 | PROGRESSIVE SOLUTIONS | 07-51483 |
| 55 | QUALITY FIRST SERVICES | 07-51541 |
| 56 | RIGHTNOW TECHNOLOGIES INC | 07-51589 |
| 57 | RWA OFFICE | 07-51542 |
| 58 | SANDERS & DOUGLAS LLC | 07-51548 |
| 59 | SAVOY CORP | 07-51549 |
| 60 | SIEBEL SYSTEMS INC. | 07-51552 |
| 61 | SIERRA ATLANTIC INC | 07-51588 |
| 62 | SINE SYSTEMS CORPORATION | 07-51553 |
| 63 | SPIRENT COMMUNICATIONS | 07-51554 |
| 64 | TALLEY COMMUNICATIONS | 07-51555 |
| 65 | TAYLOR CHU INC | 07-51557 |
| 66 | TELEX COMMUNICATIONS INC | 07-51558 |
| 67 | THELEN REID & PRIEST LLP | 07-51559 |
| 68 | TRUGLOBAL INC | 07-51563 |
| 69 | VISION SERVICE PLAIN VSP | 07-51565 |
| 70 | WINSTRONICES INTERNATIONAL INC | 07-51566 |
| 71 | YANKEE GROUP RESEARCH INC | 07-51568 |
| 72 | ZENSAR TECHNOLOGIES INC | 07-51569 |

| | DISMISSED | |
|---|---|---|
| | Defendant | Adv. Pro. No. |
| 1 | ABENGOA MEXICO WT | 07-51488 |
| 2 | ACCOUNTANTS PLUS | 07-51489 |
| 3 | ACP 2300 CORPORATE PARK DRIVE LLC | 07-51490 |
| 4 | AF SERVICES INC | 07-51491 |
| 5 | ARGYLE CONSULTING GROUP LLC | 07-51493 |
| 6 | AVAN CCONTADURIA - WT | 07-51496 |
| 7 | BAKST (ASIA-PACIFIC) - WT | 07-51500 |
| 8 | BAY AREA COMPLIANCE LAB | 07-51501 |
| 9 | BIGWAY BUSINESS - KEUNGIL CO LTD | 07-51503 |
| 10 | CALIBER CERTIFIED PUBLIC ACCOUNTANTS | 07-51505 |
| 11 | COMPLIANCE INTERNATIONAL | 07-51509 |
| 12 | CONECCION TOTAL SA DE CV | 07-51512 |
| 13 | DAVID WALKER AND ASSOC. | 07-51514 |
| 14 | DAVISON, PETER | 07-51577 |
| 15 | DUKE REALTY LP | 07-51516 |
| 16 | EDELMAN CORP | 07-51518 |
| 17 | EDO/TSO GLOBAL TECHNOLOGY REACH | 07-51519 |
| 18 | GLOBAL WORLD SERVICES | 07-51530 |

EXHIBIT B

| | | |
|---|---|---|
| 19 | IMLOGIC | 07-51537 |
| 20 | IPTN de MEXICO | 07-51539 |
| 21 | KAISER | 07-51450 |
| 22 | MAGNETEK INC | 07-51458 |
| 23 | MARIO GERARDO GOMEZ GOMEZ | 07-51459 |
| 24 | MORI HAMADA & MATSUMOTO | 07-51468 |
| 25 | NET CONNECTION CORP. | 07-51469 |
| 26 | NETSOURCE INC | 07-51470 |
| 27 | ORION GRAPHIC COMMUNICATION | 07-51475 |
| 28 | PG&E | 07-51478 |
| 29 | PLAZA BUSINESS CENTER | 07-51479 |
| 30 | POWERDSINE LTD | 07-51480 |
| 31 | PRECISION MEASUREMENTS INC | 07-51482 |
| 32 | PYRAMID TECHNOLOGIES INC | 07-51485 |
| 33 | S & A ASSOCIATES | 07-51545 |
| 34 | SAAMA TECHNOLOGIES | 07-51546 |
| 35 | SCALE IT DESIGN GROUP | 07-51550 |
| 36 | TAXWARE LP | 07-51556 |
| 37 | TRANSCOM, INC | 07-51560 |
| 38 | TRS-RENTELCO | 07-51562 |
| 39 | VCUSTOMER CORP | 07-51564 |
| 40 | XINYU SOFTWARE | 07-51567 |

EXHIBIT C

| | TO DISMISS PENDING PAYMENT | Adv. Pro. No. |
|---|---|---|
| | Defendant | |
| 1 | ARM INC | 07-51543 |
| 2 | ARROW ELECTRONICS INC. | 07-51494 |
| 3 | MCFADZEAN & ASSOCIATES INC | 07-51462 |
| 4 | PROLOGIC COMMUNICATIONS INC | 07-51484 |
| 5 | SUSAN TROUT | 07-51578 |

EXHIBIT D

| | DEFAULT JUDGMENT ENTERED | |
|---|---|---|
| | Defendant | Adv. Pro. No. |
| 1 | COMPONENT DISTRIBUTORS | 07-51510 |
| 2 | FARADAY TECHNOLOGY CORPORATION | 07-51524 |
| 3 | HOFFMAN AGENCY, THE | 07-51532 |
| 4 | LINEAR EXPRESS | 07-51453 |
| 5 | MCCLURE DESIGNS | 07-51461 |
| 6 | MET LABORATORY | 07-51464 |
| 7 | ONEMIND CONNECT | 07-51474 |
| 8 | SALES DRIVER | 07-51547 |
| 9 | SHAREHOLDER.COM | 07-51551 |